# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**
The Computants, Inc. d/b/a iClaim

**DEFENDANTS**
Chai Care, LLC
BP Immediate Medical Care, P.C.

**Attorney's** (Firm Name, Address, and Telephone Number)
Warner & Scheuerman
6 W. 18th Street, 10th Fl
New York, NY 10011

**Attorneys (If Known)**

**DESCRIPTION OF CASE**
Registration of Foreign Judgment

Has this or a similar case been previously filed in SDNY ?

No? ☑ Yes? ☐   Judge Previously Assigned _____

If yes, was this case: Vol.☐   Invol. ☐   Dismissed. No☐   Yes ☐

If yes, give date _____ & Case No. _____

## NATURE OF CASE

☐ M 08-85 Motion to Compel
☐ M 08-85 Motion to Quash
☐ M 08-86 Internet Infringement
☐ M 08-88 Surety Companies
☐ M 08-425 Sureties Proceedings
☐ M 09-282 Attorney Change of Name
☐ M 11-03 SEC Litigation to Freeze Account
☐ M 11-188 Subpoenas - Habeas Corpus
☐ M 11-189 Subpoenas - Habeas Corpus
☐ M 16-88 Sale of Unclaimed Seamen's' Effects
☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
☑ M 18-302 Registration of a Judgment from Another District
☐ M 18-304 Administrative Subpoena Proceedings
☐ M 18-305 Registration of Student Loan Judgment
☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
☐ M 19-63 Receivers - Property in Other Districts
☐ M 19-78 Denial to Sue In Forma Pauperis
☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
☐ M 23 Petition to Perpetuate Testimony
☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
☐ M 25-2 Permission to have access to safe deposit boxes
☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
☐ M 28 Warrant for Entry & Inspection of Premises
☐ M 29 Privacy Act Application
☐ M 30 Privacy Act Application
☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
☐ M 33 Inspection Warrant - Department of Energy
☐ M 34 Order of Another District Court that the State Court Produce
☐ M 35 Order to Stay Transfer of Federal Prisoner
☐ M 36 National Labor Relations Board
☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
☐ M 38 Application for Reassignment of Bankruptcy Proceeding
☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
☐ M 41 Order of Return of 28:2254/2255 Petition
☐ M 42 Order Denying Stay of Deportation
☐ M 43 Contempt of Court in Bankruptcy
☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
☐ M 46 Order From Another District for Public Viewing
☐ M 47 Bankruptcy Cases - Before Appeal Filed
☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
☐ M 48 Application for Appointment of Counsel - No Case In This Court
☐ M 49 Order Denying Commencement of Civil Action

Rev. 06/2017

## NATURE OF CASE CONTINUED

- [ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- [ ] M 52 Application for Leave to File a Complaint
- [ ] M 53 Order Barring Individual from Entering Courthouse Building
- [ ] M 54 Immigration Naturalization - Order Delaying Deportation
- [ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- [ ] M 58 Application for Extension of Time to File Petition for Removal
- [ ] M 59 Application to Produce Federal Prisoner in State Court
- [ ] M 67 Notice of Eviction to Squatters (USA Cases)

- [ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
- [ ] M 72 Order of Attachment of Another District – EDNY
- [ ] M 73 Subpoena to Government Agency
- [ ] M 75 Application for Writ of Garnishment
- [ ] M 76 Central Violations Bureau
- [ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- [ ] M 90 Order of Attachment
- [ ] M 93 Letters Rogatory _____
- [ ] M 94 Other _____

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE_____MISCELLANEOUS CASE NUMBER _____

**NOTE: Please submit at the time of filing an explanation of why cases are deemed related**

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

CHECK ONE: AT LEAST ONE PARTY IS PRO SE   No ☑  Yes ☐

CHECK ONE: THIS ACTION SHOULD BE ASSIGNED TO   WHITE PLAINS ☐   MANHATTAN ☑

DATE _____ SIGNATURE OF ATTORNEY OF RECORD (JDW 5915)

*December 18, 2025*

RECEIPT #

**ADMITTED TO PRACTICE IN THIS DISTRICT**

☐ U.S. GOVERNMENT ATTORNEY

☐ NO

☑ YES (DATE ADMITTED MO. **09** YR. **1975** )

ATTORNEY BAR CODE # JDW5915

Ruby J. Krajick, Clerk of Court, _____   Dated_____

by Rev. 06/2017