**Re:** The Computants, Inc. d/b/a iClaim v. Chai Care, LLC, et al.

**Case Number:** 1:25-mc-00581

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Chai Care, LLC<br>320 Roebling Street #120<br>Brooklyn, NY 11211<br><br>BP Immediate Medical Care, P.C.<br>3808 14th Avenue<br>Brooklyn, NY 11218 | The Computants, Inc. d/b/a iClaim<br>c/o Warner & Scheuerman<br>6 West 18th Street, 10th Floor<br>New York, NY 10011 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $280,893.63 for Plaintiff | Warner & Scheuerman<br>6 West 18th Street, 10th Floor<br>New York, NY 10011 | October 29, 2025 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE - U.S. DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York , **New York**

**TAMMI M. HELLWIG, Clerk of Court**

_____

**By,** **Deputy Clerk**